UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff )<br>)<br>vs. )<br>)<br>Saul Garcia Alcantar )<br>)<br>Defendant(s) ) | CRIMINAL NO. 08CR2426-WQH<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court.

Nancy Alvarez - Acha

DATED: 8/5/08

William McCurine, Jr.
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____     OR
          DUSM

W. SAMUEL HAMRICK, JR. Clerk

by _____ J. PARIS
         Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082