AUG 2 6 2008

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2426-WQH |
| Plaintiff, ) ) | **S U P E R S E D I N G** <br> **I N F O R M A T I O N** |
| v. ) ) | Title 8, U.S.C., |
| SAUL GARCIA-ALCANTAR (1), ) <br> ADRIAN GARCIA-ALCANTAR (2), ) ) | Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C.; |
| Defendants. ) | Sec. 2 - Aiding and Abetting |

The United States Attorney charges:

Count 1

On or about July 10, 2008, within the Southern District of California, defendant SAUL GARCIA-ALCANTAR, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Nancy Alvarez-Acha, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

Count 2

On or about July 10, 2008, within the Southern District of California, defendant ADRIAN GARCIA-ALCANTAR, with the intent to

WAH:San Diego
8/25/08

violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Silvia Margarita Hernandez-Lucho, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

DATED: August 26, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ William A. Hall, Jr.*

WILLIAM A. HALL, JR.
Assistant U.S. Attorney

WAH:San Diego
8/25/08