O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

SAUL GARCIA-ALCANTAR (1)

WAIVER OF INDICTMENT

CASE NUMBER: 08CR2426-WQH

I, Saul Garcia-Alcantar _____, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C.; Sec. 2 - Aiding and Abetting

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____8/26/08____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.
                    Date

_____
Defendant

_____
Counsel for Defendant

Before _____
       Judicial Officer