UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff )<br>  )<br>vs. )<br>  )<br>Saul Garcia-Alcantar )<br>  )<br>Defendant(s) ) | CRIMINAL NO. 08CR2426-WQH<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 10221298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court))

Nancy Alvarez-Acha
Arr 7/11/08 -on Bond

DATED: 8/26/08

William McCurine, Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
          DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
   Deputy Clerk
   ROI-ANN DRESSI